United States District
Massachusetts

Suffolk, ss.                    U.S. District Court
                                No. 1:25-cv-12443-DJC

Nick Unali, A.K.A.           Court order
Eugene P. Flemen
    Plaintiff

         V.

Healey T. Maura, Et. Al.
Defendants

Now come the Plaintiff And moves to For court order to received legal mail institution in 24 hours, receive it from the postal stamp date, Fed. R. law, pronoto. As me request. Send back true copies of documents pronoto, Fed. R. law.

CC: File
Nick Unali
Magistrate

Signature date:

Nick Unali W119226
10/04/2025

Nick Unali
O.C.C.C. one A.D.M.
R.D. Bridgewater MA
02324.